# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII cc
Dec 22, 2023, 11:30 am
Lucy H.Carrillo, Clerk of Court

United States of America
v.
KALANA LIMKIN

Defendant

Case No. MJ 23-01733-RT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kalana Limkin,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Receipt, Distribution and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

Date: 12/14/2023

City and state: Honolulu, Hawaii

UNITED STATES DISTRICT COURT · DISTRICT OF HAWAII

[signature]
Rom A. Trader
United States Magistrate Judge

### Return

This warrant was received on *(date)* 12/14/2023, and the person was arrested on *(date)* 12/14/2023
at *(city and state)* Hilo, Hawaii.

Date: 12/14/23

[signature]
*Arresting officer's signature*

Kara M. Miyake, Task Force Officer
*Printed name and title*