# MINUTES

CASE NUMBER: 1:23-CR-00101-HG-1

CASE NAME: United States of America vs. (01) Kalana Limkin

ATTY FOR PLTF: Mohammad Khatib

ATTY FOR DEFT: Melinda K. Yamaga

---

JUDGE: Rom Trader REPORTER: FTR-CT 5

DATE: 12/27/2023 TIME: 9:59 AM-10:00 AM

---

COURT ACTION: EP: ARRAIGNMENT & PLEA to the Indictment as to DEFENDANT (01) KALANA LIMKIN held on 12/27/2023.

Defendant (01) Kalana Limkin ("Defendant") present and in custody.

Arraignment & Plea to the Indictment:

Ms. Yamaga represents Indictment received and reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters a Plea of Not Guilty to the Indictment. **NOT GUILTY** plea entered.

Trial date and deadlines given.

| **Trial Dates and Deadlines:** | **Date** |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Gillmor | 02/21/2024 9:00 AM<br>**Location:** Aha Kanawai |
| 2) Trial Conference before Judge Gillmor | 02/08/2024 10:30 AM<br>**Location:** Aha Kanawai |
| 2a) Joint Trial Presentation Statement | 02/01/2024 |
| 3a) Motions Deadline | 01/10/2024 |
| 3b) Responses Deadline | 01/17/2024 |
| 4) Rule 16.1 Discovery Conference deadline | 01/10/2024 |
| 5) Fed. R. Evid. 404(b) | 01/17/2024 |

| | |
|---|---|
| **6) Motions in Limine:** | |
| 6a) Motions in Limine | 01/24/2024 |
| 6b) Memoranda in opposition to Motions in Limine | 01/31/2024 |
| 7) Brady and Giglio Material | 01/31/2024 |
| **8) Jury Instructions:** | |
| 8a) Proposed Jury Instructions | 01/24/2024 |
| 8b) Complete set of all agreed upon jury instructions | 01/31/2024 |
| 8c) Separate instructions and objections | 01/31/2024 |
| 9) Witness Lists | 01/24/2024 |
| **10) Expert Disclosures:** | |
| 10a) Parties' initial disclosures | 01/24/2024 |
| 10b) Evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or (b) (1)(C). | 01/31/2024 |
| **11) Exhibits:** | |
| 11a) Parties exchange exhibits | 02/14/2024 |
| 11b) Exhibit List, original exhibits, and 2 additional copies of exhibits (tabbed and in binders) | 02/14/2024 |
| 11c) Thumb drive of exhibits (if using JERS (Jury Evidence Recording System)) | 02/14/2024 |
| 12) Stipulations | 01/24/2024 |
| 13) Voir Dire Questions | 02/07/2024 |
| 14) Trial Briefs | 02/07/2024 |
| 15) Jencks Disclosures | 02/16/2024 |

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant remanded to the custody of the U.S. Marshals Service.

*Submitted by: Michael D. Cruz, Courtroom Manager*