# EXHIBIT "B"

United States v. Kalana Limkin
Cr. No. 23-00101 HG

Josh Green
GOVERNOR



Keith Hayashi
SUPERINTENDENT

**STATE OF HAWAII
DEPARTMENT OF EDUCATION**

Hilo High School
556 Waianuenue Avenue
Hilo, HI 96720

January 17, 2024

To Whom It May Concern,

I would like to take the time to share with you my first-hand experiences working with Kalana Limkin. As a high school counselor who focuses on Career and College advising, I feel that writing in the form of a letter of recommendation will best convey my feelings.

Kalana was making good impressions on the adults at Hilo High School as soon as he enrolled. I first met Kalana in January 2022 when our Registrar tasked me with helping him to get caught up with his credits. She "knew" that he could do it if given the right guidance. I quickly learned that Kalana missed the past year and a half of schooling, and he enrolled himself at Hilo High School with the help of one of his older brothers. Coming in at the halfway point of a school year limited the courses we could give him, so right away I introduced Kalana to an online program to work on making up some yearlong classes he was missing. He passed his first credit recovery course in just a few months, while also passing all of his in-person courses, and agreed to sign up for summer school to continue his recovery plan.

Over the summer, I would see Kalana come to class and do his work everyday. He was not always happy about taking Algebra 1 during the summer, but with a little encouragement, he would always agree that he knew he could do it, and he would stop complaining, set his mind to it, and get it done. I also worked with him to apply to be a Dual Credit student through our Early College partnership with Hawai'i Community College. We mapped out his credits and I showed him how he could earn more credits each year because of taking Dual Credit classes, in order to graduate in May 2024.

Kalana started taking Early College courses during the 2022-2023 school year, and he was excelling all around. He took on the additional responsibility of a part-time job at a local plate lunch restaurant, working as many hours as he could and saving his money. Kalana's primary mode of transportation was walking. He walked to school, to work, and home again everyday. He would talk about saving up to buy a truck, but he also mentioned needing to wait until he turned 18 so he could get his license without needing the parental requirements of obtaining a license as a minor. Although Kalana's mother would respond via email if I ever reached out, it was clear that he was very independent and mainly managed his responsibilities himself.

**EXHIBIT "B"**

Kalana continued on the plan we mapped out together, taking online credit recovery, continuing with his part-time job to earn a Work-Study credit, and taking more Dual Credit classes during the summer of 2023 and his senior year of 2023-2024. With all of his hard work and dedication, Kalana Limkin would be on track to graduate in May 2024 after spending only 2.5 years enrolled in high school. A situation like this is unheard of. At times when Kalana would voice his frustration to me about immature schoolmates, or tedious classwork, I would simply remind him that he has worked so hard and come so far, and that he did this all himself.

I'm not sure what the future holds for Kalana with his current legal struggles, but I would want you to know this - the Kalana I know is extremely bright and an avid learner. He is motivated to better himself and the society we live in. He can be friendly, but also introverted at the same time. He is hard-working and has an exceptional work ethic. He has always been honest with me and never made excuses. He takes responsibility for himself and his actions, and I have never heard him place blame on external factors in his life.

Please feel free to contact me if you need any further information.


Respectfully,

Kellie Frias
Career and College Counselor
Early College Coordinator
Health & Human Services Academy Co-Lead