KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KALANA LIMKIN, Defendant. | CR. NO. 23-00101 HG<br><br>UNITED STATES OF AMERICA'S NOTICE OF EXPERT WITNESS DISCLOSURES TO DEFENSE UNDER FRCP 16(a)(1)(G); CERTIFICATE OF SERVICE<br><br>TRIAL DATE: March 18, 2025<br>JUDGE: Hon. Helen Gillmor |

UNITED STATES OF AMERICA'S NOTICE OF EXPERT WITNESS
DISCLOSURES TO DEFENSE UNDER FRCP 16(a)(1)(G)

The United States of America, by and through its undersigned counsel, gives notice pursuant to the Court's Order of December 10, 2024 (ECF No. 35) of the

following. The United States has served the defendant, through defense counsel, with its initial expert disclosures under Federal Rule of Criminal Procedure 16(a)(1)(G) as well as the Court's Order. The United States will supplement or correct its disclosures, if necessary, as provided in Federal Rule of Criminal Procedure 16(a)(1)(G)(vi). The United States has requested that the defense provide reciprocal discovery, including reciprocal expert disclosures.

DATED: February 4, 2025, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

By *<u>/s/ Mohammad Khatib</u>*
MOHAMMAD KHATIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing was served electronically on counsel of record through the District Court's electronic filing system.

DATED: February 4, 2025, at Honolulu, Hawaii.

*/s/ Mohammad Khatib*
MOHAMMAD KHATIB
Assistant United States Attorney