```
REGISTER NO: 10958-506 NAME..: LIMKIN, KALANA MALU
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-06-2025

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4024546 - SANCTIONED INCIDENT DATE/TIME: 11-09-2024 1424
DHO HEARING DATE/TIME: 11-15-2024 1315            DHO REPT DEL: 11-15-2024 1405
FACL/CHAIRPERSON.....: HON/BALACUA
REPORT REMARKS.......: INMATE ADMITTED TO VIOLATION OF CODE 218
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DS          / 10 DAYS / CS
                    FROM: 11-15-2024  THRU: 11-24-2024
        COMP:    LAW:    10 DAYS DISCIPLINARY SEGREGATION BEGINNING
                         11-15-2024
        LP PHONE    / 10 DAYS / CS
                    FROM: 11-19-2024  THRU: 11-28-2024
        COMP:    LAW:    10 DAYS LOST OF PHONE BEGINNING
                         11-19-2024
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3958428 - SANCTIONED INCIDENT DATE/TIME: 06-28-2024 1900
DHO HEARING DATE/TIME: 07-09-2024 1306            DHO REPT DEL: 08-01-2024 0730
FACL/CHAIRPERSON.....: HON/SCHLESINGE
REPORT REMARKS.......: INMATE DENIED VIOLATION OF CODE 297
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 2
        DS          / 11 DAYS / CS
                    FROM: 07-09-2024  THRU: 07-19-2024
        COMP:    LAW:
        LP PHONE    / 30 DAYS / CS
                    FROM: 07-11-2024  THRU: 08-09-2024
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3919788 - SANCTIONED INCIDENT DATE/TIME: 04-06-2024 1949
DHO HEARING DATE/TIME: 04-17-2024 1930            DHO REPT DEL: 05-01-2024 1815
FACL/CHAIRPERSON.....: HON/SCHLESINGE
REPORT REMARKS.......: INMATE ADMITTED TO VIOLATION OF CODE 297
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        LP COMM     / 30 DAYS / CS
                    FROM: 04-18-2024  THRU: 05-17-2024
        COMP:    LAW:
        LP PHONE    / 30 DAYS / CS
                    FROM: 04-18-2024  THRU: 05-17-2024
        COMP:    LAW:
```

```
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```