ORIGINAL

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2025

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALANA LIMKIN, <br><br> Defendant. | ) CR. NO. 23-00101-HG <br> ) <br> ) SECOND SUPERSEDING <br> ) INDICTMENT <br> ) <br> ) [18 U.S.C. §§ 2252A(a)(5)(B) <br> ) and 2252A(b)(2)] <br> ) <br> ) <br> ) |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

On or about December 13, 2023, within the District of Hawaii, KALANA

LIMKIN, the defendant, did knowingly possess material, namely, a Seagate 1500

gigabyte hard drive, that contained an image of child pornography as defined in

Title 18, United States Code, Section 2256(8), such image having been shipped

and transported using any means and facility of interstate and foreign commerce,

and which was produced using materials that had been mailed, shipped, and

transported in and affecting interstate and foreign commerce, by any means,

including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and

2252A(b)(2).

Forfeiture Notice

1.      The allegations set forth in this Second Superseding Indictment are

hereby re-alleged and incorporated by reference as though set forth in full herein for

the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section

2253(a).

2.      The United States of America hereby gives notice that, pursuant to Title

18, United States Code, Section 2253(a), upon conviction of the offense in violation

of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) charged in this

2

Second Superseding Indictment, KALANA LIMKIN, the defendant, shall forfeit to the United States of America any visual depiction described in the offense set forth in the Second Superseding Indictment, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.     If any of the property described in paragraph 2 of this Forfeiture Notice, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

3

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

DATED: February 13, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____

FOREPERSON, GRAND JURY

_____
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

_____
MOHAMMAD KHATIB
Assistant United States Attorney

United States v. Kalana Limkin
Second Superseding Indictment
Cr. No. 23-00101-HG

4