CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev 07/17)

| | | |
|---|---|---|
| 1 CIR /DIST / DIV CODE | 2 PERSON REPRESENTED<br>Kalana Limkin | VOUCHER NUMBER |

| | | | |
|---|---|---|---|
| 3 MAG DKT /DEF NUMBER | 4 DIST DKT /DEF NUMBER<br>1:23-cr-00101-HG | 5 APPEALS DKT /DEF NUMBER | 6 OTHER DKT NUMBER |
| 7 IN CASE/MATTER OF *(Case Name)*<br>USA v Limkin | 8 PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9 TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10 REPRESENTATION TYPE *(See Instructions)*<br>CC |

11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

Count 1ss: 18:2252A(a)(5)(B) - Possession of Child Pornography

12 ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS

William C. Bagasol, Esq. #4479
1164 Bishop Street, Suite 1610
Honolulu, HI 96813

Telephone Number : (808) 800-7568

14 NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

13 COURT ORDER

☐ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☑ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Gary Singh
Appointment Dates:

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other *(See Instructions)*

Signature of Presiding Judge or By Order of the Court

8/18/2025
Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15 In Court | a Arraignment and/or Plea | | 0 00 | | 0.00 | |
| | b Bail and Detention Hearings | | 0 00 | | 0.00 | |
| | c Motion Hearings | | 0 00 | | 0.00 | |
| | d Trial | | 0 00 | | 0.00 | |
| | e Sentencing Hearings | | 0 00 | | 0.00 | |
| | f Revocation Hearings | | 0 00 | | 0.00 | |
| | g Appeals Court | | 0 00 | | 0.00 | |
| | h Other *(Specify on additional sheets)* | | 0 00 | | 0 00 | |
| | **(RATE PER HOUR = $ ) TOTALS:** | 0.00 | 0 00 | 0.00 | 0.00 | |
| 16 Out of Court | a Interviews and Conferences | | 0 00 | | 0.00 | |
| | b Obtaining and reviewing records | | 0 00 | | 0.00 | |
| | c Legal research and brief writing | | 0 00 | | 0.00 | |
| | d Travel time | | 0 00 | | 0.00 | |
| | e Investigative and other work *(Specify on additional sheets)* | | 0 00 | | 0.00 | |
| | **(RATE PER HOUR = $ ) TOTALS:** | 0.00 | 0 00 | 0.00 | 0.00 | |
| 17 | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18 | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 0 00 | | 0.00 | |

| | | |
|---|---|---|
| 19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: TO: | 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21 CASE DISPOSITION |

22 CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets

**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| | | | | |
|---|---|---|---|---|
| 23 IN COURT COMP | 24 OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27 TOTAL AMT APPR /CERT<br>$0.00 |
| 28 SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a JUDGE CODE |
| 29 IN COURT COMP | 30 OUT OF COURT COMP | 31 TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT APPROVED<br>$0.00 |
| 34 SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a JUDGE CODE |

Print Save As... Reset