UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-400
HONOLULU, HI 96850-0435

CHAMBERS OF THE HON. HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

TEL (808) 541-3502
FAX (808) 541-3579

September 9, 2025

William C. Bagasol
Law Office of William C. Bagasol
1164 Bishop Street
Ste 1610
Honolulu, HI 96813
phone: (808)800-7568
email: attorneybagasol@outlook.com

Re: USA v. Kalana Limkin
23-cr-00101-HG-1

Dear Mr. Bagasol:

The Court received the enclosed NOTICE FOR CONTINUANCE OF THE CURRENT SENTENCING DATE (ECF No. 72) filed by your client, Kalana Limkin. Please contact Mr. Limkin immediately.

Sincerely,

Elena Mucciarone

Elena Mucciarone
Judicial Assistant to the
Honorable Helen Gillmor,
U.S. District Judge

Enclosure

Cc Mohammad Khatib
Kalana Limkin

TRULINCS 10958506 - LIMKIN, KALANA MALU - Unit: HON-E-A

---

FROM: 10958506
TO:
SUBJECT: NOTICES
DATE: 09/01/2025 02:12:28 PM

Kalana Limkin (10958-506)
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

DATE: September 1, 2025

CR. NO. 23-00101HG
**Submitted Without Assistance of Counsel**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

NOTICES REGARDING CASE NO. 23-00101HG

---

Defendant, Kalana Limkin, without the assistance of counsel, respectfully submits the following notices.

NOTICE TO CONTINUE SENTENCING DATE

On August 14, 2025, previous appointed counsel, Gary Singh, withdrew as attorney. New counsel was appointed sometime after the August 14th hearing. The new counsel has yet to officially contact the defendant to go over the PSR drafts, or to submit a sentencing memorandum to the courts. For the reasons stated above, defendant files this notice to the court to ask for a continuance date for sentencing, currently set for September 8, 2025. Defendant asks for a continuance of between 60-120 days.

NOTICE TO REQUEST INFORMATION

On August 26, 2025, defendant Limkin filed a request via mail to the U.S. District of Hawaii Clerks Office for the entire case docket for CR. NO. 23-00101HG. In this request, defendant explains as to why he is writing the request without the assistance of counsel. To briefly explain these reasons, sometime after August 14, 2025, defendant was appointed new counsel. Considering the current sentencing date, set for September 8, 2025, defendant believes there is good reason to file these notices to the court, considering counsel has yet to meet with the defendant when sentencing is only a week away.

Once again, defendant humbly requests the case docket for CR. NO 23-00101, as well as any information for the newly court appointed counsel as of August 14, 2025. Defendant requests the following information for counsel:

(1) counsel's full name,
(2) counsel's physical work address,
(3) counsel's work phone number, and
(4) counsel's work email address.

CONCLUSION

To conclude, the defendant in case CR. NO. 23-00101HG humbly requests a continuance for the current sentencing date, set for September 8, 2025 to be continued 60-120 days. Defendant also humbly requests a full case docket, as well as the foregoing information of the newly appointed counsel as of August 14, 2025.

DATED: September 1, 2025

By /s/ Kalana Limkin
KALANA LIMKIN
Defendant In Case CR. NO. 23-00101HG

RECEIVED
CLERK, U. S. DISTRICT COURT
SEP 08 2025
DISTRICT OF HAWAII

Name: Kalani
Number: 10958-506
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 967
4 SEP 2025 PM 2 L

1775 ★

U.S. District of Hawaii
Clerk's office
Room C-338
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 08 2025
DISTRICT OF HAWAII

96850-497199