LAW OFFICE OF WILLIAM C. BAGASOL
BY: WILLIAM C. BAGASOL, ESQ. 4479
1164 Bishop Street, Suite 1610
Honolulu, Hawai'i 96813
TEL.NO. 808 800-7568
Email: attorneybagasol@outlook.com

ATTORNEY FOR THE DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KALANA LIMKIN<br><br>Defendant. | CR. NO. 23-00101-HG<br><br>DEFENDANT KALANA LIMKIN'S MOTION TO CONTINUE SENTENCING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>HONORABLE HELEN GILMORE<br>SENIOR U.S. DISTRICT JUDGE |

**DEFENDANT KALANA LIMKIN'S**
**MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, KALANA LIMKIN, by and through counsel, William C. Bagasol, hereby moves to continue his sentencing set for January 12th, 2025.

DATED: Honolulu, Hawai'i, December 14, 2025.

/S/ William C. Bagasol
WILLIAM C. BAGASOL
Attorney for Defendant
KALANA LIMKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KALANA LIMKIN,<br><br>Defendant. | CR. NO. 23-00101-HG<br><br>DECLARATION OF COUNSEL |

**DECLARATION OF COUNSEL**

1. I, WILLIAM C. BAGASOL, represent Mr. KALANA LIMKIN in the above-entitled matter.

2. Defendant was originally charged on or about December 14, 2023 via complaint.

3. On December 21, 2023, Defendant was indicted.

4. He was represented by the Federal Public Defender by Assistant Federal Defender Melinda Yamaga through November 13, 2024.

3. Mr. Gary Singh was appointed to represent Mr. Limkin on or about November 13, 2024.

4. Defendant was then subsequently charged by Superseding Indictment on or about January 26, 2025.

5. On February 10, 2025, Mr. Limkin filed a Motion to Continue Trial.

6. On February 12, 2025, there was a status conference, motion for pretrial release, motion to continue trial date.

7. A Second Superseding Indictment for Possession of Child Pornography was filed on or about February 13, 2025.

8. Defendant pled guilty the same day of his arraignment on the Second Superseding Indictment.

9. On August 14, 2025, Attorney Gary Sing's Motion to Withdraw as counsel was granted.

10. I was appointed on or about August 18, 2025.

11. On Augst 20th, 2025, Defendant's sentencing of September 18, 2025 was continued to November 24th, 2025 at the defense request.

12. On September 3, 2025, at the government's request, and by agreement the sentencing was continued to December 18th, 2025.

13. In September 2025, I was involved in State Court trial preparations for trial that began the week of September 29th, 2025.

14. On November 6, 2025, due to the court's conflict in the court's calendar, Defendant's sentencing was continued to January 12th, 2025.

15. Counsel needs additional time to complete defendant's sentencing statement and to prepare for his sentencing. It has taken some time to review Mr.

Limkin's case. After discussing the matters with Mr. Limkin, his issues are complex and need to be researched and investigated. Counsel will at least need a short continuance to file a sentencing statement in order to comply with the Local Rules. However, additional issues need to be investigated and addressed.

16. Counsel has requested and obtained approval for the assistance of forensic computer expert to properly answer questions and resolve issues for Mr. Limkin. The expert is necessary to determine and confirm if and when Mr. Limkin accessed the video and the actual image involved in the Second Superseding Indictment. I understand that no prior counsel for Mr. Limkin has had any forensic analysis performed for Mr. Limkin on the relevant external hard drive. The metadata provided by the government thus far has not been sufficient to resolve the issues.

17. Our expert is computer forensic expert Josiah Roloff. He is scheduled to review a copy of the hard drive that is the subject of the Second Superseding Indictment. We are scheduling an appointment to review the subject hard drive with the relevant video and image the week of January 5th, 2026. It will take some time to obtain his forensic report and then to relate his findings to Mr. Limkin.

18. In addition to being on the CJA Court Appointed counsel, I am a court appointed attorney in State Court cases, which include serious felony cases, Class A and Murder cases that are pending trial. I am a solo practitioner with no support staff.

In addition, I have Family Court hearings at an average eight to nine working days of each month.

19. I am scheduled for jury trial in State Court which will begin motions on January 6th, 2025 and jury selection on January 8th, 2025. The evidence in that trial is expected to last through much of the week of January 12th, including January 12th itself when sentencing is scheduled.

20. In recent weeks, my time has also been focused at home in dealing with my mother-in-law's illness, care and treatment. She remains hospitalized.

21. The government does not object to a short continuance of a month to February of 2026. Probation Officer Sara Nieling has no objections to a continuance of the sentencing.

22. Based upon the foregoing, Defendant seeks a continuance of the sentencing.

23. In the alternative, Defendant requests at least a short continuance to file a sentencing statement, which counsel has already begun drafting.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawai`i, December 15, 2025

/s/ William C. Bagasol_____
WILLIAM C. BAGASOL

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

Mohammad Khatib, Esq.
Assistant U.S. Attorney

Sara Nieling
U.S. Probation Officer

DATED: December 15, 2025.

_/s/ William C. Bagasol___
Attorney for Defendant
KALANA LIMKIN