KENNETH M. SORENSON
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-mail: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KALANA LIMKIN,<br><br>Defendant. | CASE NO. CR 23-00101-HG<br><br>JOINT MOTION TO DEFER FINAL DETERMINATION OF RESTITUTION FOR UP TO 90 DAYS; CERTIFICATE OF SERVICE |

## JOINT MOTION TO DEFER FINAL DETERMINATION OF RESTITUTION FOR UP TO 90 DAYS

The United States of America and Defendant Kalana Limkin, through their respective counsel, jointly move the Court to defer determination of restitution at

the time of sentencing and to allow a period of up to 90 days thereafter for the parties to ascertain the restitution amounts owed to multiple victims in this matter.

In support of this motion, the parties state as follows:

1. The defendant is scheduled for sentencing on Monday, July 13, 2026, following conviction for Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).
2. Mere days prior to the scheduled sentencing, the United States received multiple restitution requests from attorneys representing multiple victims depicted in images possessed by the Defendant. On Wednesday, July 8, 2026, the United States received five such requests. *See* ECF No. 95. On Friday, July 10, 2026, the United States received four additional requests.
3. Several of the attorneys who submitted restitution requests have requested additional information from the United States regarding the nature and number of images possessed by the Defendant to finalize their restitution submissions.
4. The materials submitted by the victims' attorneys are extensive and require careful review. Both the United States and the Defendant need additional time to examine these materials, assess the claims, determine the appropriate restitution amounts, and, if appropriate, object to requests.

5. Given the recent receipt of these materials and the need for additional time to obtain and review supplemental information requested by victims' counsel, the parties believe that proceeding with restitution determination at sentencing would be premature.
6. Pursuant to 18 U.S.C. § 3664(d)(5), when a victim's losses are not ascertainable ten days prior to sentencing, the Court may set a date for final determination of restitution not to exceed 90 days after sentencing.
7. The United States Probation Office has been consulted and does not object to this motion.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

WHEREFORE, the United States and the Defendant jointly request that the Court:

a. Table the issue of restitution at sentencing; and

b. Permit the parties up to 90 days following sentencing to finalize and submit restitution information for the Court's determination.

DATED: July 10, 2026, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By *<u>/s/ Mohammad Khatib</u>*
MOHAMMAD KHATIB
Assistant U.S. Attorney

*<u>/s/ William C. Bagasol</u>*
WILLIAM C. BAGASOL, ESQ.
Attorney for Defendant Kalana Limkin

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel of record via the Court's CM/ECF system.

DATED: July 10, 2026, at Honolulu, Hawaii.

*/s/ Mohammad Khatib*
Assistant U.S. Attorney