LAW OFFICE OF WILLIAM C. BAGASOL
WILLIAM C. BAGASOL, ESQ. #4479
1164 Bishop Street, Suite 1610
Honolulu, Hawai'i 96813
TEL.NO. 808 800-7568
Email: attorneybagasol@outlook.com

ATTORNEY FOR THE DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KALANA LIMKIN,<br><br>              Defendant. | Case No. 1:23-CR-00101-HG -1<br><br>**KALANA LIMKIN'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE**<br><br>HONORABLE HELEN GILLMOR, JUDGE |

## <u>KALANA LIMKIN'S NOTICE OF APPEAL</u>

NOTICE OF HEREBY GIVEN pursuant to Fed. R. App. P. 4(b) that the defendant-appellant, KALANA LIMKIN, through counsel, WILLIAM C. BAGASOL, court-appointed attorney, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the conviction, sentence, and judgment, entered by the Honorable HELEN GILLMOR and filed on July 16, 2026.

DATED:     Honolulu, Hawai'i, July 23, 2026.

/S/  William C. Bagasol
WILLIAM C. BAGASOL
Attorney for Defendant-Appellant
KALANA LIMKIN

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

Mohammad Khatib, Esq.
Assistant U.S. Attorney

Served via Email:

Sara Nieling
U.S. Probation Officer
Sara_nieling@hip.uscourts.gov

DATED: July 23, 2026.

_/s/  William C. Bagasol____
Attorney for Defendant
KALANA LIMKIN

2