UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KALANA LIMKIN,<br><br>Defendant - Appellant. | No. 26-4727<br><br>D.C. No.<br>1:23-cr-00101-HG-1<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by William C. Bagasol to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the District of Hawaii is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by September 25, 2026. The transcript is due October 26, 2026. The opening brief is due December 7, 2026. The answering brief is due January 6, 2027. The optional reply brief is due 21 days after the answering brief is served.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on appellant, and the proof of service must include appellant's current address. *See* 9th Cir. R. 4-1(c).

The clerk will serve this order on former counsel, the district court, and appellant individually.