IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KALANA LIMKIN,<br>Defendant. | CR. NO. 23-00101 HG<br><br>USCA NO. 26-4727<br><br>ORDER APPOINTING COUNSEL |

**ORDER APPOINTING COUNSEL**

On August 28, 2026, the United States of Court of Appeals for the Ninth Circuit filed an Order granting Defendant-Appellant's Motion for appointment of new counsel.

Pursuant to the August 28, 2026 order and in accordance with Criminal Local Rule 44.1, Elizabeth Richardson-Royer, Esq., is hereby appointed as counsel for Defendant-Appellant.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 28, 2026.

Rom A. Trader
United States Magistrate Judge