UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALANA LIMKIN,<br><br>Defendant. | No. 1:23-cr-00101-HG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO SEALED PORTIONS OF TRANSCRIPTS AND SEALED DOCKET ENTRIES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Court Reporter Gloria Bediamol, and whichever court reporter is assigned to transcribe the FTR proceedings from August 14, 2025, shall provide Defendant's appellate counsel, attorney Elizabeth Richardson-Royer, with the sealed and/or in camera portions of the transcripts dated November 13, 2024 and August 14, 2025 in this case.

IT IS SO ORDERED.

Dated: ________________

______________________________
Hon. Helen Gillmor
Senior United States District Judge